| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics |
|---|---|---|

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

**Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)**

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Stafford, Jr., William H | 2. Court or Organization<br><br>U.S. District Court, NDFL | 3. Date of Report<br><br>4/13/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U.S. District Judge | 5. ReportType (check appropriate type)<br><br>○ Nomination.   Date<br><br>○ Initial   ● Annual   ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>US Courthouse<br>111 North Adams Street<br>Tallahassee, FL 32301-7717 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED MAY 17 12 31 PM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse: see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |

### B. Spouse's Non-Investment Income If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. | |

**V. GIFTS.** (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

**VI. LIABILITIES.** (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Jr., William H | 4/13/2004 |

## VII. INVESTMENTS and TRUSTS – income. value. transactions (includes those of the spouse and dependent children. See pp 34-57 of filing instructions )

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g div rent or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Investors Syndicate Ltd. IV (ltd. Partnership) | A | Interest | J | U | Terminated | 12-31 | J | A | Terminated - no payments |
| 2. New York Life Insurance Co. | A | Dividend | J | W | | | | | |
| 3. Prudential Life Insurance Co. (policy) | A | Dividend | J | W | | | | | |
| 4. Holiday Beach Resorts, Inc. (time share condo) | | None | J | W | | | | | |
| 5. Cinergy Corp (common stock) | A | Dividend | J | T | | | | | |
| 6. Compass Bancshares (common stock) | A | Dividend | J | T | | | | | |
| 7. General Electric (common stock) | A | Dividend | J | T | | | | | |
| 8. Goodyear Tire & Rubber (common stock) | A | Dividend | J | T | | | | | |
| 9. Johnson & Johnson (common stock) | A | Dividend | J | T | | | | | |
| 10. NVIDIA Corp (common stock) | | None | J | T | | | | | |
| 11. WalMart (common stock) | A | Dividend | J | T | | | | | |
| 12. Wells Fargo & Co. (common stock) | A | Dividend | J | T | Partial Sell | 10-20 | J | A | |
| 13. Nuveen INSD Qual Muni Fund | A | Interest | J | T | | | | | |
| 14. Southwest Airlines (common stock) | A | Dividend | J | T | | | | | |
| 15. Lyondell Chemical (common stock) | A | Dividend | J | T | | | | | |
| 16. Allied Capital Corp. (common stock) | A | Dividend | J | T | | | | | |
| 17. TYCO Intl (common stock) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Jr., William H | 4/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA - Merrill Lynch (Aggregate Ownership) | | | | | | | | | |
| 19. - Global Technology | A | Dividend | J | T | | | | | |
| 20. Joint Money Mkt Acct. Morgan Stanley | A | Interest | K | T | | | | | |
| 21. IRA's - Morgan Stanley (Aggregate Ownership) | C | Dividend | M | T | | | | | |
| 22. - Blackrock Lo Duration (mutual fund) | | | | | | | | | |
| 23. - Liquid Asset Fund (money market) | | | | | | | | | |
| 24. - Enterprise Growth Fund (mutual fund) | | | | | | | | | |
| 25. - T Rowe Price Eq Inc (mutual fund) | | | | | | | | | |
| 26. - PIMCO Total Return A (mutual fund) | | | | | | | | | |
| 27. - Templeton Developing Markets A (mutual fund) | | | | | | | | | |
| 28. - PIMCO High Yield A (mutual fund) | | | | | | | | | |
| 29. - Blackrock Intermediate BD (mutual fund) | | | | | | | | | |
| 30. - PIMCO Small Cap Value A (mutual fund) | | | | | | | | | |
| 31. - Strong Opportunity INV Fd (mutual fund) | | | | | | | | | |
| 32. - ING Intl Value A (mutual fund) | | | | | Partial Sell | 12/10 | J | A | |
| 33. Joint Money Mkt Fund - Merrill Lynch (X) | A | Interest | J | T | | | | | |
| 34. Money Mkt Fund - ▮▮▮▮ - Merrill Lynch (X) | A | Interest | J | T | | | | | |
| 35. Merrill Lynch Global Growth Fund (X) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Many of the entries for my ▮▮▮▮ and me in previous reports were, and continue to be, held as IRA's with Morgan Stanley and are reported under the Aggregate of Ownership Arrangement.

Line item #2 from the 2002 report has been deleted. Investors Syndicate Ltd II ceased operations on 9/30/2002; therefore, the final report on this investment should have been made in the 2002 report. No cash was received by termination of operations.

Line item #1 of this year's report: Opeations of the partnership ceased in 2003. The partnership was terminated by the General Partner and no cash payments were made in the final settlement of the partnership.

Because of sales/exchanges, the following items from last year's report are no longer reported and have been deleted: 14, 24, 25, 27, 31, 32, 33, 34, 35, 36, 37 and 40.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ████████████████████████████       Date _May 6, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544